# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
Plaintiff,

v.

SAMUEL D. MURPHY,
Defendant.

**NOTICE OF APPEARANCE**

Case No: 00-263(7) (MJD/JGL)

Pursuant to the Court's order appointing counsel, the undersigned attorney hereby notifies the Court and counsel that Douglas Olson (#169067) and Andrew H. Mohring (#190731) shall appear as appointed counsel of record for the above named defendant in this case.

Dated: February 26, 2008

*s/ Douglas Olson*

Douglas Olson
Andrew H. Mohring
Attorneys for Defendant
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415