UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-263(7) MJD

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MOTION FOR RESENTENCING** |
| v. | ) | **PURSUANT TO 18 U.S.C.** |
| | ) | **§3582(c)(2)** |
| SAMUEL MURPHY, | ) | |
| | ) | |
| Defendant. | ) | |

Samuel Murphy, through counsel, respectfully moves the Court to reduce his term of imprisonment from 168 to 87 months. Mr. Murphy is eligible for resentencing and a sentencing reduction pursuant to the retroactive application of the amended November 1, 2007, Sentencing Guidelines for crack cocaine offenses. Mr. Murphy clearly qualifies for a sentencing reduction pursuant to the amended guidelines: the Court sentenced him based on his possession of 300 grams of crack cocaine to 168 months, the bottom of his guideline range (168-210), as determined by a total offense level of 33 and a criminal history category III. This Court's authority to reduce a previously imposed sentence in response to the retroactive amendment of a sentencing guideline comes from 18 U.S.C. § 3582(c)(2), which provides:

> In the case of a defendant who has been sentenced to a term of imprisonment **based on a sentencing range that has subsequently been lowered** by the Sentencing Commission pursuant to 28 U.S.C. § 994(o), upon motion of the defendant, the director of the Bureau of Prisons, or on its own motion, the court may reduce the term of imprisonment, after

> considering the factors set forth in section 3553(a) to the extent they are applicable, if such a reduction is consistent with applicable policy statements issued by the Sentencing Commission.

18 U.S.C. § 3582(c)(2)(emphasis added). Mr. Murphy is entitled to be resentenced because his sentencing range has changed. As confirmed by the probation office, his recalculated guideline range is 135-168 months. A sentence at the bottom of the new range would be 135 months. However, Mr. Murphy moves the Court for a further sentencing reduction based on an analysis of the factors set forth in 18 U.S.C. § 3553(a), and requests that his sentence be reduced to 87 months.

Dated: May 28, 2008

Respectfully submitted,

***s/Douglas Olson***
DOUGLAS OLSON
Attorney No. 169067
Attorney for Defendant
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415