Court

RECEIVED
JUN 9 2008
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-263(7) MJD

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | WAIVER OF PRESENCE AT HEARING ON SENTENCE REDUCTION |
| | ) | |
| SAMUEL MURPHY, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant Samuel Murphy files a waiver of appearance on his Motion for Sentence Reduction with the full understanding that he is entitled to be present for any hearing on his motion for a sentence reduction. After consultation with the below-signed counsel, the defendant knowingly and voluntarily waives his presence at this hearing.

Dated: 6-2-08

Samuel Murphy
SAMUEL MURPHY
Defendant

Dated: 6-8-08

DOUGLAS OLSON
Attorney No. 169067
Attorney for Defendant
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

* See attached Statement by Defendant Murphy D., Samuel. I am asking that by waiving my presence that this Statement be read onto the record and that my family be present at the hearing, to further aid the Court and Mr. Murphy. A copy has been sent to U.S. Attorney as courtesy.

SCANNED
JUN 10 2008
U.S. DISTRICT COURT MPLS