IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 00-CR-263(7)(MJD/JGL) |
| vs. | : | |
| SAMUEL DONELL MURPHY, | : | Honorable Michael J. Davis<br>District Court Judge |
| Defendant. | : | |

RECEIVED BY MAIL JUL 2008 CLERK, U.S. DISTRICT COURT

## N O T I C E O F A P P E A L

NOTICE is hereby given the Defendant Samuel D. Murphy, in pro se, in the above numbered case hereby appeals to the United States Court of Appeals for the Eighth Circuit from the judgment denying drug quantity ratio entered in this action on July 16, 2008.

Dated: July 23, 2008:

PRO SE DEFENDANT
SAMUEL DONELL MURPHY

Samuel D Murphy
Samuel D. Murphy
# 09689-041
Federal Correctional Institution
9595 W. Quincy Avenue
Littleton, Coloraod 80123

CERTIFICATE OF SERVICE:

I certify I filed in the U.S. District Court Clerk Office a NOTICE OF APPEAL this 24 day of **July**, **2008**, postage prepaid.

Copies: Clerk of U.S. 8th Circuit Court of Appeals, 111 S. 10th St., St. Louis, MO 63102: Defendant/ Appellant Samuel D Murphy

7-24-08
Date

SCANNED
JUL 28 2008
U.S. DISTRICT COURT ST. PAUL