# UNITED STATES DISTRICT COURT
## District of Minnesota

### REVISED INFORMATION SHEET - Criminal Cases Only

1. United States of America -v- Samuel Donell Murphy CR 00-263(7) MJD/JGL
2. Defendant and Address: Reg No. 09689-041
   FCI - Englewood
   9595 W. Quincy Avenue
   Littleton, CO 80123
3. Date of verdict: (X) Guilty plea entered
4. Appealing: (X) Order granting Motion to Reduce Sentence re Crack Cocaine Offense - 18:3582
5. Sentence: Custody of BOP for 135 months, yrs supervised released, spec assmt of $
6. Date sentence imposed: N/A
7. Defendant incarcerated? (X) Yes
8. Financial Status: Fee paid? (X) N/A Counsel appointed **and appeal filed pro se**
9. Notice of Appeal was filed on 7/28/08
10. Court Reporter: N/A
11. Trial Counsel: Douglas Olson
    300 South 4th Street, Suite 107
    Minneapolis, MN 55415
    PHONE # 612-664-5858
12. Trial counsel was: (X) Appointed by the Court for Motion to Reduce Sentence - Appeal filed Pro Se

    Is there any reason why trial counsel should not be appointed on appeal? (X) No
13. Assistant U.S. Attorney: Jeffrey Paulsen PHONE #: (612) 664-5600
14. List of other defendants in this case & disposition:

    N/A
15. Additional Comments:

    **Probation-No PSI, addendums and Statement of Reasons needed for this appeal.**

Prepared by: mg