# UNITED STATES DISTRICT COURT
## District of Minnesota

Copy

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 Federal Building
515 West. First Street
Duluth, MN 55802
(218) 529-3500

212 U.S. Courthouse
118 South Mill Street
Fergus Falls, MN 56537
(218) 739-5758

# TRANSMITTAL SHEET

**Date:** August 13, 2008

**To:** U.S. COURT OF APPEALS, 8TH CIRCUIT

**From:** Mary Kay Grzybek, U.S. District Court - St. Paul, Minnesota

**Appeal Number:** **08-2667**

**District Court Number:** CR 00-263(7) MJD/JGL **Samuel Donell Murphy**

**TRANSMITTED HEREWITH:**

Three (3) Designated Clerk's Records

(X) Entered in ECF (USDC purposes only)

---

**USCA ACKNOWLEDGMENT**

Received RECEIVED

By:

AUG 14 2008

U.S. Court of Appeals
Eighth Circuit-St. Paul MN

Returned to District Court

Date:

By:

RECEIVED

AUG 15 2008

CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

SCANNED

AUG 14 2008

U.S. DISTRICT COURT ST. PAUL

# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 Federal Building
515 West. First Street
Duluth, MN 55802
(218) 529-3500

212 U.S. Courthouse
118 South Mill Street
Fergus Falls, MN 56537
(218) 739-5758

## DESIGNATION OF RECORD

United States of America — Appeal No. 08-2667

vs.

Samuel Donell Murphy — Criminal No. CR 00-263(7) MJD/ESS

RECEIVED
AUG 15 2008
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

RECEIVED
U.S. Court of Appeals
Eighth Circuit

Date delivered to U.S.C.A.: August 13, 2008

Prepared by: mg

# U.S. DISTRICT COURT
## District of Minnesota

UNITED STATES OF AMERICA

vs.

**Samuel Donell Murphy**

U.S.C.A. #: 08-2667
District Court #: Criminal CR 00-263(7) MJD/ESS

## INDEX



| | | Date Filed | Page Numbers |
|---|---|---|---|
| 1. | SECOND SUPERSEDING INDICTMENT | 3/21/01 | 1-7 |
| 2. | SENTENCING JUDGMENT | 8/1/02 | 8-11 |
| 3. | PRO SE MOTION FOR REDUCTION OF SENTENCE 18:3582(c)(2) | 11/26/07 | 12 |
| 4. | PRO SE MOTION TO STAY SECTION 3582(c)(2) | 1/14/08 | 13 |
| 5. | PRO SE MOTION TO REDUCE SENTENCE RE: CRACK COCAINE | 1/14/08 | 14-30 |
| 6. | PRO SE AFFIDAVIT IN SUPPORT OF MOTION TO REDUCE SENTENCE | 1/14/08 | 31-36 |
| 7. | MOTION FOR APPOINTMENT OF COUNSEL | 2/26/08 | 37-39 |
| 8. | ORDER FOR APPOINTMENT OF COUNSEL BY JUDGE DAVIS | 2/26/08 | 40 |
| 9. | MOTION FOR RESENTENCING PURSUANT TO 18:3582 | 5/28/08 | 41-42 |
| 10. | MEMORANDUM IN SUPPORT OF MOTION FOR RESENTENCING | 5/28/08 | 43-49 |
| 11. | RESPONSE OF THE UNITED STATES TO MOTION FOR RESENTENCING | 6/4/08 | 50-52 |
| 12. | WAIVER OF PRESENCE AT HEARING ON SENTENCE REDUCTION | 6/9/08 | 53 |
| 13. | PRO SE MEMORANDUM LETTER TO COUNSEL BY DEFT | 6/23/08 | 54-55 |
| 14. | ORDER BY JUDGE DAVIS RE: MOTION FOR RESENTENCING | 7/17/08 | 56 |

| | | | |
|---|---|---|---|
| 15. | NOTICE OF APPEAL | 7/28/08 | 57 |
| 16. | DOCKET SHEET | | 58-69 |