AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

# UNITED STATES DISTRICT COURT
for the

District of Minnesota

| | |
|---|---|
| United States of America<br>v.<br>Samuel Donell Murphy | ) Case No: 00-cr-263(7) (MJD/JGL)<br>) USM No: 09689-041 |
| Date of Original Judgment: 08/01/2002 | ) |
| Date of Previous Amended Judgment: 07/17/2008<br>*(Use Date of Last Amended Judgment if Any)* | pro se<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
   ☒ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: 31                       Amended Total Offense Level: 31
Criminal History Category: III                   Criminal History Category: III
Previous Guideline Range: 135-168 months         Amended Guideline Range: 135-168 months

### II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE
☐ The reduced sentenced is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ The reduced sentence is above the amended guideline range.

### II. ADDITIONAL COMMENTS
Defendant has filed a letter requesting that the Court appoint counsel for him and that this counsel request that Murphy be resentenced pursuant to the new crack cocaine guidelines. Because Murphy's guideline range has not been reduced by the new amendment, the Court cannot resentence Murphy and appointment of counsel for Murphy is unnecessary. See U.S. v. Tolliver, 570 F.3d 1062, 1066-67 (8th Cir. 2009).

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.

**IT IS SO ORDERED.**
Order Date: 2-13-12                                    *(signature)*
                                                       Judge's signature

Effective Date: _____                       Michael J. Davis, Chief Judge, D. Minn.
   *(if different from order date)*                    *Printed name and title*